IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| DANIEL SORACE, *et ux.*, | * |
| Plaintiff, | * |
| v. | *   Case No.: 1:08-CV-01089-RDB |
| ST. AGNES HEALTH CARE, INC. d/b/a ST AGNES HOSPITAL, | * |
| | * |
| Defendant. | * |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate that all claims in the above-referenced action are dismissed with prejudice.

Respectfully submitted,

_____ /s/ Joseph B. Espo ABH by permission
Joseph B. Espo
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 1700
E. Baltimore, Maryland 21202
410-962-1060

*Attorneys for Plaintiffs*

_____
Amy B. Heinrich - (Bar No.: 03815)
Marianne D. Plant – (Bar No.: 26604)
K. Nichole Nesbitt - (Bar No.: 26137)   120
Goodell DeVries Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000

*Attorneys for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2008, a copy of the foregoing fully executed Stipulation of Dismissal has been mailed to: Joseph B. Espo, Esquire, Brown, Goldstein & Levy, LLP, 120 E. Baltimore Street, Suite 1700, Baltimore, Maryland 21202.

_____
Amy B. Heinrich

4830-3742-9763